IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VICTOR L. BLOCKUM EL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-93 (MTT) |
| | ) |
| D. PARKS WHITE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is Magistrate Judge Charles Weigle's Recommendation (Doc 57) that Plaintiff Victor L. Blockum El's Voluntary Motion to Dismiss (Doc. 53) be granted pursuant to Rule 41(a)(1). Doc. 57 at 2. The Plaintiff has not objected to the recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, the Plaintiff's Voluntary Motion to Dismiss (Doc. 53) is **GRANTED**, and the Plaintiff's claims are **DISMISSED without prejudice**. The Plaintiff's remaining motions (Docs. 13; 15; 16; 17; 18; 19; 21; 22; 23; 26; 31; 33; 35; 37; 45; 46; 54) are **DENIED as moot**.

**SO ORDERED**, this 28th day of November, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT